1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
4  CEDINA M. KIM
   Assistant United States Attorney
5  Senior Trial Attorney, Civil Division
6  JENNIFER LEE TARN, CSBN 240609
7  Special Assistant United States Attorney
8         Office of the General Counsel
          Office of Program Litigation
9         Social Security Administration
10        6401 Security Boulevard
          Baltimore, MD 21235
11        Telephone: (510) 970-4861
12        Facsimile: (415) 744-0134
          Email: Jennifer.Tarn@ssa.gov
13 Attorneys for Defendant
14

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| RAUL MIRANDA, | ) | No. 2:23-cv-02506-RAO |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] JUDGMENT |
| v. | ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

1  The Court having approved the parties' stipulation to remand this case pursuant
2  to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that
3  stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for
4  Plaintiff.

DATED: June 5, 2023

_____
HONORABLE JUDGE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE